FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2019

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD,<br><br>Defendants. | NO: 1:19-MJ-04045-MKD-1<br>     1:19-MJ-04045-MKD-2<br><br>ORDER SEALING COMPLAINT |

IT IS HEREBY ORDERED that the Complaint is sealed until further order of the Court or until the Defendants' arrest, whichever comes first.

DATED this  9th  day of June, 2019.

*m. k. Dimke*

_____
HON. MARY K. DIMKE
United States Magistrate Judge